[No. 3120-3.   Division Three.   October 23, 1979.]

GEORGE MUDD, *Appellant,* v. ATLANTIC RICHFIELD
HANFORD COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 32162, Fred R. Staples, J., entered
September 28, 1978. *Affirmed* by unpublished per curiam
opinion.

[No. 3070-3.   Division Three.   October 23, 1979.]

THE COALITION OPPOSED TO SUN CANYON, *Appellant,* v.
GRANT COUNTY BOARD OF COUNTY COMMISSIONERS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant
County, No. 27233, B. J. McLean, J., entered September 1,
1978. *Affirmed* by unpublished opinion per Roe, J., con-
curred in by Green, C.J., and McInturff, J.

[No. 2671-3.   Division Three.   October 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
EUGENE REED, *Appellant.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 6355, B. E. Kohls, J., entered Octo-
ber 26, 1977. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson and Roe, JJ.

[No. 3499-2.   Division Two.   October 24, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
L. CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6475, Alan R. Hallowell and Frank L.
Price, JJ., entered June 1, 1978. *Affirmed as modified* by
unpublished opinion per Reed, J., concurred in by Pearson,
C.J., and Soule, J.